1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   Julian J. Pardini, Esq. SB# 133878
2      Email: pardini@lbbs.aw.com
   Stephen J. Liberatore, Esq. SB# 129772
3      Email: liberatore@lbbslaw.com
   One Sansome Street, Suite 1400
4  San Francisco, California 94104
   Telephone: (415) 362-2580
5  Facsimile: (415) 434-0882

6  Attorneys for Defendant
   AMCO INSURANCE COMPANY, dba
7  ALLIED INSURANCE COMPANY

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  JOSE GALVAN AND LAURA GALVAN, dba   )Case No. 63824
    LAS PALMAS MEXICAN RESTAURANT,      )
12                                       )NOTICE OF REMOVAL OF ACTION
                 Plaintiffs,             )PURSUANT TO 28 U.S.C. §1441(b)
13                                       )(DIVERSITY) AND JURY DEMAND
                                         )
14        vs.                            )
                                         )
    AMCO INSURANCE COMPANY, dba ALLIED  )Complaint Filed:  July 16, 2010
15  INSURANCE COMPANY and DOES 1through  )
    30, inclusive,                       )
16                                       )
                 Defendants.             )
17  _____ )

18  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19        PLEASE TAKE NOTICE THAT Defendant AMCO INSURANCE COMPANY, dba ALLIED

20  INSURANCE COMPANY (hereinafter "AMCO"), by and through its undersigned attorney of record,

21  hereby removes to this Court the State Court action described below.

22                    **JURISDICTION AND VENUE**

23        1.    This Court has subject matter jurisdiction of this action under 28 U.S.C. §1332, and this

24  action is one which may be removed to the Eastern District of California by AMCO pursuant to the

25  provisions of 28 U.S.C. §1441(b), in that it is a civil action between citizens or subjects of a foreign state

26  and a citizen of a different state, and the amount in controversy as alleged in the complaint exceeds the

27  sum of $75,000, exclusive of interest and costs.

28        2.    Venue is proper in the Eastern District of California pursuant to 28 U.S.C. §§ 1391(b)

1 and (c), because Plaintiffs are subject to personal jurisdiction in this judicial district and a substantial part

2 of the events giving rise to this lawsuit occurred in the Eastern District of California.

3 ## GROUNDS FOR REMOVAL

4     3.      On July 16, 2010, Plaintiffs JOSE GALVAN AND LAURA GALVAN dba LAS

5 PALMAS MEXICAN RESTAURANT, collectively referred to hereinafter as "Plaintiffs," In Propria

6 Persona, commenced a civil action in the Superior Court of the State of California for the County of

7 Tehama against AMCO, entitled *JOSE GALVAN AND LAURA GALVAN dba LAS PALMAS MEXICAN*

8 *RESTAURANT vs. AMCO INSURANCE COMPANY, dba ALLIED INSURANCE COMPANY and*

9 *DOES 1-30,* Tehama County Superior Court Case No. 63824. A true and correct copy of the Complaint

10 is attached as Exhibit A.

11     4.      On or about July 22, 2010, the insurance agent who issued the policy was provided with a

12 copy of the Summons and Complaint. The agent thereafter provided a copy of the Summons and

13 Complaint to a representative of AMCO. CT Corporation System, agent for service of process for

14 AMCO, has never been served with the Summons and Complaint. Thus, AMCO asserts that the time

15 limit for removal set forth in 28 U.S.C. §1446(b) has been satisfied.

16     5.      The basis for removal is that Plaintiffs are citizens and residents of the State of

17 California, while AMCO is a corporation organized and existing under the laws of the State of Iowa, in

18 the United States of America, with its principal place of business in Des Moines, Iowa. This Court

19 therefore has original jurisdiction of this action under 28 U.S.C. §1332 in that AMCO is a citizen or

20 subject of a foreign state and Plaintiffs are citizens of the State of California.

21     6.      Plaintiffs' Complaint alleges that they are entitled to recover a jury verdict in an

22 undetermined amount, but includes prayers for general damages, special damages, exemplary damages,

23 and attorney fees. It is well established that exemplary or punitive damages are part of the amount in

24 controversy in a civil action. See, e.g., *Gibson v. Chrysler Corp.*, 261 F.3d 927, 945 (9th Cir. 2001).

25 Thus, AMCO believes in good faith that the amount in controversy substantially exceeds $75,000, as

26 required for removal pursuant to 49 U.S.C. §11706.

27 ## DEMAND FOR JURY TRIAL

28     7.      Pursuant to Rule 38 of the Federal Rules of Civil Procedure, AMCO hereby demands a trial

1   by jury.

2        WHEREFORE, AMCO prays that this action be removed to this Court.

3

4   Dated:  August 23, 2010      Respectfully submitted,

5                   LEWIS BRISBOIS BISGAARD & SMITH LLP

6

7                 By:     /s/  JULIAN J. PARDINI
                   JULIAN J. PARDINI STEPHEN J. LIBERATORE

8                 Attorneys for Defendant
                 AMCO INSURANCE COMPANY dba
                 ALLIED INSURANCE COMPANY

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMCO INSURANCE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

# EXHIBIT "A"

# EXHIBIT "A"

1   Jose and Laura Galvan
    Dba Las Palmas Mexican Restaurant
2   22395 Manor Lane
    Red Bluff, CA 96080
3   (530) 526-0290

4   In Propria Persona

5

**FILED**

SUPERIOR COURT OF CALIFORNIA

JUL 16 2010

COUNTY OF TEHAMA, CIVIL DIVISION
IRENE RODRIGUEZ, CLERK OF THE COURT
BY _____Sheryl Knutson_____, DEPUTY

6               SUPERIOR COURT OF THE STATE OF CALIFORNIA

7                       FOR THE COUNTY OF TEHAMA

8   JOSE GALVAN AND LAURA GALVAN,     )   Case No.: 63824
    Dba LAS PALMAS MEXICAN             )
9   RESTAURANT,                        )   COMPLAINT FOR:
                                       )
10              Plaintiffs,            )       1.  Bad Faith
                                       )       2.  Breach of Contract
11                                     )
    v.                                 )
12                                     )   DEMAND FOR JURY TRIAL
    AMCO INSURANCE COMPANY, dba        )
13  ALLIED INSURANCE COMPANY, and      )
    DOES 1 through 30, inclusive,      )
14                                     )
                Defendants.            )
15                                     )
                                       )
16  _____ )

17          COMES NOW Plaintiffs, who alleges:

18

19              **FIRST CAUSE OF ACTION FOR BAD FAITH**

20                        **(Against All Defendants)**

21
        1.      Plaintiffs, at all times mentioned herein, operated a Mexican restaurant known as Las
22
    Palmas Mexican Restaurant, located in premises leased by the insureds at 4 Sutter Street #B, Red
23
    Bluff CA 96080 (hereinafter the "Subject Property").
24

                                        1

25  _____
                        COMPLAINT FOR DAMAGES

Jul 22 10 03:05p                                                                    p.12

2. The contract(s) applicable were entered into in the city of Red Bluff, county of Tehama, California and to be performed in the city of Red Bluff, county of Tehama and therefore venue is proper in the Superior Court of Tehama County.

3. At all times mentioned, Plaintiffs were covered under policy #ACP7803500591, issued by Defendant AMCO Insurance Company, dba Allied Insurance Company (hereinafter "AMCO"). A copy of that insurance policy is attached hereto as Exhibit 1. Plaintiffs are informed and believe and based thereon allege that Defendant AMCO is a corporation, with its principal place of business in Des Moines, Iowa, licensed to conduct the business of insurance in the State of California.

4. Plaintiffs are informed and believe and based thereon allege that each of the Defendants sued herein as DOES 1 through 30, inclusive, were, at all times alleged herein, agents, employees, servants and/or co-workers of AMCO and in committing the wrongful acts, as alleged herein, were acting in the course and scope of such agency, employment, servitude, and/or co-employment of said Defendant. Each Defendant has ratified and approved the acts of his agent or employee.

5. That the true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants DOES 1 through 30, inclusive, are unknown to Plaintiffs, who therefore sues said Defendants by such fictitious names. Plaintiffs are informed and believe and based thereon allege that each of the Defendants designated herein as a DOE is legally responsible in some manner for the events and happenings referred to herein, and legally caused injury and damages proximately thereby to Plaintiffs as alleged herein.

2

COMPLAINT FOR DAMAGES

1    6.    On or about August 24, 2008, while insured, Plaintiffs suffered extensive fire

2  damage to the Subject Property as a result of fire, a covered peril.

3    7.    AMCO, as an insurer, owed Plaintiffs the duty to reasonably, quickly and fairly

4  adjust Plaintiffs' loss under the implied covenant of good faith and fair dealing contained in every

5  insurance contract. Due to the fire damage and consequential damage caused thereby, Plaintiffs

6  were injured, which injury was assured and covered by said insurance issued by AMCO.

7    8.    Defendants committed the following acts of bad faith: a) despite knowing and

8  admitting that the extensive fire damage to the Subject Property rendered the Subject Property

9  uninhabitable, refused to pay Plaintiffs for Extra Expenses as promised under the insurance

10  contract; b) not responding to the inquiries of Plaintiffs or Plaintiffs' representative in a timely

11  fashion; c) not paying Plaintiffs under the policy for the losses suffered when liability therefore was

12  clear; d) not timely responding to the settlement demands of Plaintiffs or their representative; e)

13  violating California Code of Regulations Title 10 § 2695 et seq.; f) withholding monies knowing

14  that this would cause Plaintiffs to suffer emotional and financial distress; g) discriminating against

15  Plaintiff because she utilized the services of a public adjuster.

16    9.    As a proximate result of the aforementioned wrongful conduct of Defendants, and

17  each of them, Plaintiffs have suffered damages in excess of the jurisdictional limits of this court,

18  plus interest, for a total amount to be shown at the time of trial.

19    10.    As a further proximate result of the aforementioned wrongful conduct of the above-

20  mentioned Defendants, Plaintiffs have suffered anxiety, worry, mental and emotional distress, fees

21  and other incidental damages and out-of-pocket expenses, all to Plaintiffs' general damage in a sum

22  according to proof.

23

24

25

3

COMPLAINT FOR DAMAGES

Jul 22 10 03:06p                                                                    p.14

11. The acts of bad faith were conducted deliberately, maliciously and oppressively as part of a general corporate scheme to withhold sums from its insureds due under policies insuring its insureds, authorized and ratified by managerial personnel with the authority to resolve claims. Plaintiffs are therefore entitled to the imposition of punitive damages in a sum sufficient to punish Defendants and to deter future acts of bad faith.

## SECOND CAUSE OF ACTION FOR BREACH OF CONTRACT

### (Against Defendant AMCO and Does 6 through 30)

12. Plaintiffs refer to paragraphs 1 through 8, inclusive, of the First Cause of Action and incorporate those paragraphs as though set forth fully at length herein.

13. Defendant AMCO breached its contract by refusing to timely pay the coverages issued by AMCO.

14. As a proximate result of this breach of contract by Defendants, Plaintiffs have suffered damages in excess of the jurisdictional limits of this court. Plaintiffs are informed and believe and based thereon allege that they have suffered further and additional damages, the full extent of which are presently unknown. Leave of this court will be sought to amend this Complaint as soon as said damages are ascertained or according to proof at the time of trial.

///
///
///
///
///

4

COMPLAINT FOR DAMAGES



WHEREFORE, Plaintiffs pray as follows:

1.  For general damages according to proof;

2.  For special damages according to proof;

3.  For punitive damages in a sum necessary to punish Defendants, and to deter future acts of misconduct;

4.  For attorneys fees; and

5.  For such other and further relief as the Court deems just.

**PLAINTIFFS DEMAND A TRIAL BY JURY AS TO ALL ISSUES TRIABLE BY A JURY.**

DATED: July 15, 2010

Jose Galvan
Laura Galvan
In Propria Persona

5

COMPLAINT FOR DAMAGES

Jul 22 10 03:07p                                                          p.16

Sep 08 08 09:49a    John Hofert              415461163°              p.5

## PREMIER BUSINESSOWNERS POLICY

PREMIER FOOD SERVICE

**LIABILITY DECLARATIONS**

| | | Policy Period: |
|---|---|---|
| Policy Number: ACP  BPF  7803600581 | From 06-16-08 | To 06-16-09 |

---

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

**COVERAGES**                                            **LIMITS OF INSURANCE**

| Coverage | | Limit |
|---|---|---|
| Liability and Medical Payments | Per Occurrence | $1,000,000 |
| Medical Payments Coverage Sub Limit | Per Person | 65,000 |
| Tenants Property Damage Legal Liability Sub Limit | Per Covered Loss | $300,000 |
| Personal and Advertising Injury | Per Person Or Organization | $1,000,000 |
| Products - Completed Operations Aggregate | All Occurrences | $2,000,000 |
| General Aggregate | All Occurrences | $2,000,000 |
| (Other than Products - Completed Operations) | | |

**AUTOMATIC ADDITIONAL INSUREDS STATUS**

The following persons or organizations are automatically insureds when you and they have agreed in a written contract or agreement that such person or organization be added as an additional insured on your policy.

| | |
|---|---|
| Co-Owners of Insured Premises | Included in Liability & Medical Payments Limit |
| Controlling Interest | Included in Liability & Medical Payments Limit |
| Grantor of Franchise or License | Included in Liability & Medical Payments Limit |
| Lessors of Leased Equipment | Included in Liability & Medical Payments Limit |
| Managers or Lessors of Leased Premises | Included in Liability & Medical Payments Limit |
| Mortgagee, Assignee or Receiver | Included in Liability & Medical Payments Limit |
| Owners or Other Interest from Whom Land has been Leased | Included in Liability & Medical Payments Limit |
| State or Political Subdivisions - Permits Relating to Premises | Included in Liability & Medical Payments Limit |

**PROPERTY DAMAGE DEDUCTIBLE**

NONE

**OPTIONAL COVERAGES**

Liquor Liability                      Included in Liability & Medical Payments Limit

The Liability portion of your total policy premium is an advance premium and may be subject to adjustment

PB 81 03 (01-01)

DIRECT BILL    LAEU        MLW      INSURED COPY          UID    E3          78  21721

EFFECTIVE DATE, 12 01 A    dard Time,                          BUSINESSOWNERS
(at your principal place of business)                          PB 00 06 (01-01)



# PREMIER BUSINESSOWNERS
# LIABILITY COVERAGE FORM

## TABLE OF CONTENTS

| | | |
|---|---|---|
| I. | COVERAGES | 2 |
| | COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY | 2 |
| | INSURING AGREEMENT | 2 |
| | EXCLUSIONS | 3 |
| | TENANTS PROPERTY DAMAGE LEGAL LIABILITY | 8 |
| | COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY | 10 |
| | INSURING AGREEMENT | 10 |
| | EXCLUSIONS | 10 |
| | COVERAGE C - MEDICAL PAYMENTS | 13 |
| | INSURING AGREEMENT | 13 |
| | EXCLUSIONS | 13 |
| | SUPPLEMENTARY PAYMENTS - COVERAGES A AND B | 13 |
| II. | WHO IS AN INSURED | 15 |
| | Automatic Additional Insureds | 16 |
| | Co-Owners of Insured Premises | 16 |
| | Controlling Interest | 16 |
| | Grantor of Franchise or License | 16 |
| | Lessors of Leased Equipment | 16 |
| | Managers or Lessors of Leased Premises | 17 |
| | Mortgagee, Assignee or Receiver | 17 |
| | Owners or Other Interest from Whom Land has been Leased | 17 |
| | State or Political Subdivisions - Permits Relating to Premises | 17 |
| III. | LIMITS OF INSURANCE AND DEDUCTIBLE | 18 |
| | General Aggregate Limit of Insurance (Other than Products-Completed Operations) | 18 |
| | Products-Completed Operations Aggregate Limit of Insurance | 18 |
| | Personal and Advertising Injury Limit of Insurance | 18 |
| | Each Occurrence Limit of Insurance | 18 |
| | Tenants Property Damage Legal Liability Limit of Insurance | 18 |
| | Medical Payments Limit of Insurance | 18 |
| | Property Damage Deductible | 18 |
| IV. | LIABILITY CONDITIONS | 19 |
| | Bankruptcy | 19 |
| | Duties in the Event of Occurrence, Offense, Claim or Suit | 20 |
| | Financial Responsibility Laws | 20 |
| | Legal Action Against Us | 20 |
| | Separation of Insureds | 21 |
| V. | DEFINITIONS | |

Jul 22 10 03:08p                                                                                    p.18

PB 00 06 (01-01)

# PREMIER BUSINESSOWNERS
# LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Please read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance. The word "insured" means any person or organization qualifying as such under Section II. WHO IS AN INSURED. Other words and phrases that appear in quotation marks have special meaning. Please refer to Section V. DEFINITIONS.

## I.  COVERAGES

### A  COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

#### 1.  INSURING AGREEMENT

a   We will pay those sums up to the applicable Limit of Insurance that the Insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages for which there is coverage under this policy.

HOWEVER, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.

We may, at our sole discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

1) The amount we will pay for damages is limited as described in Section III. LIMITS OF INSURANCE; and

2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under COVERAGES A or B or medical expenses under COVERAGE C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

b   This insurance applies to "bodily injury" and "property damage" only if:

1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

2) The "bodily injury" or "property damage" occurs during the policy period; and

3) Prior to the policy period, no insured listed under Paragraph 1. of Section II. WHO IS AN INSURED and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c.  "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II. WHO IS AN INSURED or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d   "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II. WHO IS AN INSURED or any "employee" authorized

PB 00 06 (01-01)

ACP BPP 7803000501                                    INSURED COPY

Page 2 of 24

78   21768

Jul 22 10 03:08p

P.19

by you to give or receive notice of an "occurrence" or claim:

1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer,

2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the same "bodily injury".

## 2. EXCLUSIONS

This insurance, including any duty we have to defend "suits", does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" which is expected or intended by the insured.

This exclusion applies even if the resulting "bodily injury" or "property damage":

1) Is of a different kind, quality or degree than initially expected or intended; or

2) Is sustained by a different person, entity, real property, or personal property than that initially expected or intended.

HOWEVER, this exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

PB 00 06 (01-01)

ACP BPF 78D3600501

INSURED COPY

PB 00 06 (01-01)

1) That the insured would have in the absence of the contract or agreement; or

2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

1) Causing or contributing to the intoxication of any person;

2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you:

1) Manufacture, sell or distribute alcoholic beverages;

2) Serve or furnish alcoholic beverages for a charge whether or not such activity:

a) Requires a license; or

Page 3 of 24

76   21700

Jul 22 10 03:09p
P.20



b) Is for the purpose of financial gain or livelihood; or

3) Serve or furnish alcoholic beverages without a charge, if a license is required for such activity.

**d. Laws**

Any liability or legal obligation of any insured with respect to "bodily injury" or "property damage" arising out of any of the following:

1) Any federal, state, county, municipal or local law, ordinance, order, directive or regulation barring discrimination, including but not limited to those based on race, color, national origin, ancestry, citizenship, gender, sexual orientation, marital status, religion or religious belief, age, economic status, income, medical condition, pregnancy, parenthood or mental or physical disability;

2) Any workers' compensation, unemployment compensation, disability benefits law, or any other statutory benefits law;

3) The Migrant and Seasonal Agricultural Worker Protection Act;

4) Any state, federal or governmental antitrust statute or regulation, including but not limited to the Racketeer Influenced and Corrupt Organizations Act (RICO), the Securities Act of 1933, the Securities Exchange Act of 1934, or any state Blue Sky law;

5) The Employees' Retirement Income Security Act (E.R.I.S.A.) of 1974; or

6) Any other similar statutes, ordinances, orders, directives or regulations.

**e. Employer's Liability**

"Bodily injury" to:

1) An "employee" of the insured arising out of and in the course of:

a) Employment by the insured; or

PB 00 06 (01-01)

b) Performing duties related to the conduct of the insured's business; or

2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph 1) above.

This exclusion applies:

1) Whether the insured may be liable as an employer or in any other capacity; and

2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured.

HOWEVER, this subparagraph does not apply to:

i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is

PB 00 06 (01-01)

ACP BPF 7803500601                    INSURED COPY

Page 4 of 24

78   21770

Case 2:10-cv-02257-GEB-CMK   Document 1   Filed 08/23/10   Page 15 of 25

not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

iii) "Bodily Injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor.

HOWEVER, this subparagraph does not apply to:

i) "Bodily Injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional dis-

charge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

ii) "Bodily Injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

2) Any loss, cost or expense arising out of any:

a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

b) Claim or "suit" by or on behalf of a governmental authority for damages because of test-

ing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

HOWEVER, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

HOWEVER, this exclusion does not apply to:

1) A watercraft while ashore on premises you own or rent;

2) A watercraft you do not own that is:

   a) Less than 26 feet long; and

   b) Not being used to carry persons or property for a charge;

3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph f.2) or f.3) of the definition of "mobile equipment".

PB 00 06 (01-01)

ACP BPF 7803500681

INSURED COPY

---

PB 00 06 (01-01)

h. **Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity,

i. **War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

j. **Damage To Property**

"Property damage" to:

1) Property you own, rent, or occupy;

2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

3) Property loaned to you;

4) Personal property in the care, custody or control of the insured;

5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Other than damage by the Covered Causes of Loss provided under Tenants Property Damage Legal Liability, paragraph 1), 3) and 4) of this exclusion do not apply to "property damage" to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A

d) Reporting to the proper authorities, or failure to so report; or

e) Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph 1) above.

5. **Asbestos, Electromagnetic Emissions, Lead or Radon**

"Bodily injury" or "property damage" arising out of:

1) Asbestos including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of asbestos or any other duty involving asbestos;

2) Electromagnetic emissions or radiation including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of electromagnetic emissions or radiation or any other duty involving electromagnetic emissions or radiation;

3) Lead including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of lead or any other duty involving lead; or

4) Radon or any other radioactive emissions, manmade or natural, including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of radon or any other

radioactive emissions or any other duty involving radon or other radioactive emissions.

I. **Employment Practices**

"Bodily injury" to:

1) A person arising out of any:

a) Refusal to employ that person;

b) Termination of that person's employment, or

c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs a), b), or c) above is directed.

This exclusion applies:

1) Whether the insured may be liable as an employer or in any other capacity; and

2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

u. **Fiduciary Responsibility**

"Bodily injury" or "property damage" arising out of the ownership, maintenance or use, including all related operations, of property in relation to which you or any insured is acting in any fiduciary or representative capacity.

v. **Professional Services**

"Bodily injury" or "property damage" that arises out of or is a result of the rendering of, or failure to render, any professional service, treatment, advice or instruction. This exclusion includes, but is not limited to, any:

Jul 22 10 03:14p

Case 2:10-cv-02257-GEB-CMK   Document 1   Filed 08/23/10   Page 18 of 25

p.4
P.26/33
To:19163613381

From:HLHN EDDY INSURANCE   530 527 6317



1) Legal, accounting, insurance, real estate, financial, advertising or consulting service, advice or instruction;

2) Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

3) Supervisory, inspection, engineering, or architectural service, advice or instruction;

4) Medical, surgical, psychiatric, chiropractic, chiropody, physiotherapy, osteopathy, acupuncture, dental, x-ray, nursing or any other health service, treatment, advice or instruction;

5) Any psychological therapy or any other counseling or mental health service, treatment, advice or instruction;

6) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming, including but not limited to cosmetology, tonsorial, tattooing, tanning or massage;

7) Optometry or optical or hearing aid service, treatment, advice or instruction, including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

8) Ear or other body piercing service, treatment, advice or instruction; or

9) Service, treatment, advice or instruction in the practice of pharmacy.

w. **Testing, Evaluating or Consulting**

"Bodily injury" or "property damage" arising out of:

1) An error, omission, defect or deficiency

   a) In any test performed, or any evaluation, consultation or advice given by or on behalf of you or any insured; or

   b) In experimental data or the insured's interpretation of that data.

2) The reporting of or reliance upon any such test, evaluation, consultation or advice.

3. **TENANTS PROPERTY DAMAGE LEGAL LIABILITY**

**Certain Exclusions Not Applicable**

Exclusions c. through n., p., q., r., t., u., v. and w. do not apply to "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner, if such "property damage" arises out of a Covered Cause Of Loss provided under the BUSINESSOWNERS PROPERTY COVERAGE FORM. A separate limit of insurance, called Tenants Property Damage Legal Liability Limit, applies to this coverage as described in Section III, LIMITS OF INSURANCE.



PB 00 06 (01-01)

**B   COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

- 1.   **INSURING AGREEMENT**

  a.   We will pay those sums up to the applicable Limit of Insurance that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking damages for which there is coverage under this policy.

  HOWEVER, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply.

  We may, at our sole discretion, investigate any offense and settle any claim or "suit" that may result. But:

  1)   The amount we will pay for damages is limited as described in Section III. LIMITS OF INSURANCE; and

  2)   Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under COVERAGES A or B or medical expenses under COVERAGE C.

  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

  b,   This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2.   **EXCLUSIONS**

This insurance, including any duty we have to defend "suits", does not apply to:

a.   "Personal and advertising injury":

  1)   Caused by or at the direction of the insured with the knowledge that the act would violate the

rights of another and would inflict "personal and advertising injury":

2)   Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

3)   Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

4)   Arising out of a criminal act committed by or at the direction of any insured;

5)   For which the insured has assumed liability in a contract or agreement.

  HOWEVER, this exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

6)   Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

7)   Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

8)   Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

9)   Committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

  HOWEVER, this exclusion does not apply to Paragraphs a., b. and c. of the definition of "personal and advertising injury" under Section V. DEFINITIONS;

10)   Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time;

11)   Any liability or legal obligation of any insured arising out of any of the following:

a) Any federal, state, county, municipal or local law, ordinance, order, directive or regulation barring discrimination, including but not limited to those based on race, color, national origin, ancestry, citizenship, gender, sexual orientation, marital status, parenthood, religion or religious belief, age, economic status, income, medical condition, pregnancy, or mental or physical disability;

b) Any workers' compensation, unemployment compensation, disability benefits law, or any other statutory benefits law;

c) The Migrant and Seasonal Agricultural Worker Protection Act.

d) Any state, federal or governmental antitrust statute or regulation, including but not limited to the Racketeer Influenced and Corrupt Organizations Act (RICO), the Securities Act of 1933, the Securities Exchange Act of 1934, or any state Blue Sky law;

e) The Employees' Retirement Income Security Act (E.R.I.S.A.) of 1974; or

f) Any other similar statutes, ordinances, orders, directives or regulations;

12) Arising out of:

a) The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

b) The negligent:

i) Employment;

ii) Investigation;

iii) Supervision;

iv) Reporting to the proper authorities, or failure to so report; or

v) Retention;

PB 00 06 (01-01)

ACP BPF 7803600501

INSURED COPY

---

PB 00 06 (01-01)

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph a) above.

13) To:

a) A person arising out of any:

i) Refusal to employ that person;

ii) Termination of that person's employment; or

iii) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

b) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs i), ii), or iii) above is directed.

This exclusion applies:

a) Whether the insured may be liable as an employer or in any other capacity; and

b) To any obligation to share damages with or repay someone else who must pay damages because of the injury;

14) Arising out of:

a) Asbestos including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of asbestos or any other duty involving asbestos;

b) Electromagnetic emissions or radiation including but not

Page 11 of 24

78 21777



b) The reporting of or reliance upon any such test. evaluation, consultation or advice

b. Any loss, cost or expense arising out of any:

1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

2) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any responding to, or assessing the effects of, "pollutants".

## C. COVERAGE C - MEDICAL PAYMENTS

### 1. INSURING AGREEMENT

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

1) On premises you own or rent;

2) On ways next to premises you own or rent; or

3) Because of your operations;

provided that:

1) The accident takes place in the "coverage territory" and during the policy period;

2) The expenses are incurred and reported to us within one year of the date of the accident; and

3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

1) First aid administered at the time of an accident;

INSURED COPY

ACP BPF 7803500501



2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

3) Necessary ambulance, hospital, professional nursing and funeral services.

## 2. EXCLUSIONS

We will not pay expenses for "bodily injury":

a. To any insured.

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard".

g. Excluded under COVERAGE A.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## D. SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

## II.   WHO IS AN INSURED

1.   If you are:

a.   An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b.   A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c.   A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d.   A trust, you are an insured. Your trustee or co-trustees are also insureds, but only with respect to their duties as a trustee in connection with your property, operations and activities.

e.   An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2.   Each of the following is also an insured:

a.   Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

HOWEVER, none of these "employees" is an insured for:

1)   "Bodily injury" or "personal and advertising injury":

a)   To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

b)   To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph 1)a) above;

c)   For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs 1)a) or b) above; or

d)   Arising out of his or her providing or failing to provide professional health care services.

2)   "Property damage" to property:

a)   Owned, occupied or used by; or

b)   Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by,

you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b.   Any person (other than your "employee"), or any organization while acting as your real estate manager.

c.   Any person or organization having proper temporary custody of your property if you die, but only:

1)   With respect to liability arising out of the maintenance or use of that property; and

2)   Until your legal representative has been appointed.

d.   Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

3.   With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the

acquire or form the organization or the end of the policy period, whichever is earlier;

b. COVERAGE A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. COVERAGE B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

5. No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

8. **Automatic Additional Insureds**

Any of the following persons or organizations are automatically insureds when you and such person or organization have agreed in a written contract or agreement that such person or organization be added as an additional insured on your policy providing general liability coverage.

struction or demolition operations performed by or for such person or organization.

HOWEVER, their status as additional insured under this policy ends when they cease to have such controlling interest in you.

c. **Grantor of Franchise or License**

Any person or organization that has granted you a franchise or license by written contract or agreement is an additional insured, but only with respect to their liability as the grantor of a franchise or license to you.

HOWEVER, their status as additional insured under this policy ends when their contract or agreement with you granting the franchise or license ends.

d. **Lessors of Leased Equipment**

Any person or organization from whom you lease equipment by written contract or agreement is an additional insured, but only with respect to their liability arising out of the maintenance,

PB 00 06 (01-01)

ACP BPP 7803500381                                INSURED COPY



PB 00 06 (01-01)

operation or use by you of the equipment leased to you by that person or organization, subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to "bodily injury" or "property damage" arising out of, in whole or in part, or results from, in whole or in part, the active negligence of such person or organization.

HOWEVER, their status as additional insured under this policy ends when their contract or agreement with you for such leased equipment ends.

**e. Managers or Lessors of Leased Premises**

Any person or organization from whom you lease premises is an additional insured, but only with respect to their liability arising out of your use of that part of the premises leased to you, subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to structural alterations, new construction or demolition operations performed by or for such person or organization.

HOWEVER, their status as additional insured under this policy ends when you cease to be a tenant of such premises.

**f. Mortgagee, Assignee or Receiver**

Any person or organization who has status as mortgagee, assignee or receiver of your property is an additional insured, but only with respect to their liability as mortgagee, assignee or receiver arising out of your ownership, maintenance, or use of such premises, subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to structural alterations, new construction or demolition operations performed by or for such person or organization.

HOWEVER, their status as additional insured under this policy ends when their status as mortgagee, assignee or receiver ends.

**g. Owners or Other Interest from Whom Land has been Leased**

Any person or organization from whom you lease premises is an additional insured, but only with respect to their liability arising out of your maintenance or use of that part of the land leased to you, subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to structural alterations, new construction or demolition operations performed by or for such person or organization.

HOWEVER, their status as additional insured under this policy ends when you cease to lease that land.

**h. State or Political Subdivisions - Permits Relating to Premises**

Any state or political subdivision which has issued a permit in connection with premises insured by this policy which you own, rent, or control is an additional insured, but only with respect to the following hazards:

1) The existence, maintenance, repair, construction, erection, or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoistaway openings, sidewalk vaults, street banners, or decoration and similar exposures;

2) The construction, erection, or removal of elevators; or

3) The ownership, maintenance, or use of any elevators covered by this insurance.

HOWEVER, such state or political subdivision's status as additional insured under this policy ends when the permit ends.

ACP BPF 7803500591

INSURED COPY



## III. LIMITS OF INSURANCE AND DEDUCTIBLE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. **General Aggregate Limit of Insurance** (Other than Products-Completed Operations)

   The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under COVERAGE C;

   b. Damages under COVERAGE A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under COVERAGE B.

   The General Aggregate Limit applies separately to each of your described premises. For the purposes of this provision, premises means involving the same or connecting lots, or premises whose connection is interrupted only by a public street, roadway or waterway, or railroad right-of-way.

3. **Products-Completed Operations Aggregate Limit of Insurance**

   The Products-Completed Operations Aggregate Limit is the most we will pay under COVERAGE A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. **Personal and Advertising Injury Limit of Insurance**

   Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under COVERAGE B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. **Each Occurrence Limit of Insurance**

   Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under COVERAGE A, and

   b. Medical expenses under COVERAGE C

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. **Tenants Property Damage Legal Liability Limit of Insurance**

   Subject to 5. above, the Tenants Property Damage Legal Liability Limit is the most we will pay under COVERAGE A for damages because of all "property damage" to premises, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one "occurrence".

7. **Medical Payments Limit of Insurance**

   Subject to 5. above, the Medical Payments Limit is the most we will pay under COVERAGE C for all medical expenses because of "bodily injury" sustained by any one person.

8. The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

9. **Property Damage Deductible**

   If a deductible amount is shown in the Liability Declarations, the following provisions apply:

   a. If a deductible amount for Property Damage is shown in the Liability Declarations, any obligation by us under this policy to pay sums on your behalf because of "property damage", applies only to sums in excess of the deductible amount shown in the Declarations for any one "occurrence".