1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOSE GALVAN, et al.,                    No. CIV S-10-2257-GEB-CMK

12              Plaintiffs,

13        vs.                               <u>ORDER</u>

14   AMCO INSURANCE COMPANY,

15              Defendant.

16   _____/

17              Plaintiffs, who are proceeding pro se, bring this civil action.  The scheduling

18   conference currently set for February 24, 2011, at 10:00 a.m. before the undersigned in Redding,

19   California, is hereby vacated pending resolution of the pending motion for summary judgment.

20              IT IS SO ORDERED.

21

22    DATED:   January 25, 2011

23                                          _____
                                            **CRAIG M. KELLISON**
24                                          UNITED STATES MAGISTRATE JUDGE

25

26

1