IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GALVAN, et al., | No. CIV S-10-2257-GEB-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| AMCO INSURANCE COMPANY, | |
| Defendant. | |
| _____/ | |

      Plaintiffs, who are proceeding pro se, bring this civil action. No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for March 10, 2011, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

      IT IS SO ORDERED.

DATED: March 3, 2011

                                        _____
                                        CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE